UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HABEEBULLAH N. RASHEED

    Plaintiff(s),

vs.

CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendant(s).

No. C-08-5384 MHP

**ORDER DISMISSING COMPLAINT**

    This action was filed on December 1, 2008. Thereafter plaintiff attempted to serve some or all of the defendants, but did not do so or, at least, his efforts were imperfect. He then attempted to enter a default which was declined. *See* Dkt. No. 9. On March 12, plaintiff filed a first amended complaint. It appears that service was effected upon one defendant, but not the others. Mail sent from the Office of the Clerk of Court to plaintiff was returned as undeliverable. *See* Dkt. No. 13 dated April 1, 2009. Since that time there have been no communications from the plaintiff and he has made no effort to proceed with this case or file any further papers. Therefore,

    IT IS HEREBY ORDERED that the complaint in this action is DISMISSED for lack of prosecution. The Clerk of Court shall close the file.

Date: May 12, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California